1  Michael J. Miller, VA Bar No. 19171
   J. Christopher Ide, VA Bar No. 19307
2  David C. Andersen, CA Bar No. 194095
   THE MILLER FIRM, LLC
3  108 Railroad Avenue
   Orange, VA 22960
4  Telephone: (540) 672-4224
   Facsimile: (540) 672-3055
5
   Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      (SAN FRANCISCO DIVISION)

11

12 | MARY CREECH AND EVERLEANER | MDL NO. 1699
   | FULLER,                    |
13 |                            | **District Judge: Charles R. Breyer**
   |          Plaintiffs,       |
14 |                            | **STIPULATION AND ORDER OF**
   | v.                         | **DISMISSAL WITHOUT PREJUDICE AS**
15 |                            | **TO PLAINTIFFS EVERLEANER FULLER**
   | PFIZER INC., PHARMACIA     |
16 | CORPORATION, and G.D. SEARLE, LLC, | Case No. 06-05798-CRB
17 |          Defendants.       |

18

19      Come now the Plaintiff and Defendants, by and through the undersigned attorneys,

20 pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

21 Plaintiff, Everleaner Fuller from this action without prejudice with each side bearing its own

22 attorney's fees and costs.

23      Should Plaintiff or a representative of Plaintiff attempt to re-file claim against

24 Defendant's, they should do so only by re-filing in the United States District Court.

25

26

27

28

COMPLAINT

| | | |
|---|---|---|
|1| Dated: April 18, 2007 | Respectfully submitted, |
|2| | |
|3| | THE MILLER FIRM, LLC |
|4| | By: /s/ David C. Andersen |
|5| | DAVID C. ANDERSEN |
|6| | |
|7| | Michael J. Miller, VA Bar No. 19171 |
| | | J. Christopher Ide, VA Bar No. 19307 |
|8| | David C. Andersen, CA Bar No. 194095 |
| | | THE MILLER FIRM, LLC |
|9| | 108 Railroad Avenue |
| | | Orange, VA 22960 |
|10| | Telephone: (540) 672-4224 |
| | | Facsimile: (540) 672-3055 |
|11| | Attorneys for Plaintiffs |

Dated: 5-14-07

Respectfully submitted,

GORDON & REES

By: /s/ Stuart M. Gordon
STUART M. GORDON

CA Bar No. 37477
GORDON & REESE
275 Battery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 262-3801

Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED**

Dated: May 15, 2007

_____
Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

-- 2 --

COMPLAINT